UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMITRIUS WHITFIELD,

                Plaintiff,

         -against-

OPERATION, ET AL., et al.,

              Defendants.

20-CV-7725 (CM)

ORDER

COLLEEN McMahon, United States District Judge:

     Plaintiff filed this action *pro se*, invoking the Court's federal question jurisdiction. By order dated November 4, 2020, the Court dismissed the complaint without prejudice because Plaintiff failed to either pay the filing fees required to bring a civil action, or request authorization to proceed without prepayment of fees by submitting a signed *in forma pauperis* ("IFP") application. *See* 28 U.S.C. §§ 1914, 1915. Almost five years later, on October 9, 2025, Plaintiff filed an IFP application and a motion and declaration seeking to "reopen" the case. (ECF 7-9.) By order dated October 15, 2025, the Court construed Plaintiff's submissions as a motion seeking reconsideration of the November 4, 2020 order of dismissal, and denied the motion. (ECF 15.) Approximately 16 days later, on October 31, 2025, Plaintiff filed a notice of appeal and a motion for an extension of time to file a notice of appeal. (ECF 16, 17.)

     A litigant has 30 days from entry of the order or judgment he wishes to challenge to file a notice of appeal. Fed. R. App. P. 4(a)(1)(A). Because the 30-day period for filing an appeal had not expired when Plaintiff sought an extension of time to appeal, the motion for an extension of time to appeal is denied as unnecessary.

**CONCLUSION**

The Court denies Plaintiff's motion for an extension of time to file a notice of appeal as unnecessary. The Court directs the Clerk of Court to terminate the motion (ECF 16), and process Plaintiff's appeal. This matter remains closed in this court.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    December 10, 2025
          New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge

2